JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON KELLY, JAMES MOLINA, AS INDIVIDUALS AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>          Plaintiffs,<br><br>  v.<br><br>BEAZER HOMES USA, INC.; BEAZER HOMES HOLDINGS CORP.; BEAZER MORTGAGE CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>          Defendants. | Case No. EDCV 09-01674 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 31, 2010

                                            */s/ Virginia A. Phillips*
                                            VIRGINIA A. PHILLIPS
                                            United States District Judge