1
2  **JS-6**
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JAMES F. DODARO, as an individual and on behalf of all other similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>STANDARD PACIFIC CORP., et al.,<br><br>      Defendants. | Case Nos. EDCV 09-01666-VAP (DTBx); EDCV 09-01668-VAP (DTBx); EDCV 09-01669-VAP (DTBx); EDCV 09-01670-VAP (DTBx); EDCV 09-01671-VAP (DTBx); EDCV 09-01672-VAP (DTBx); EDCV 09-01673-VAP (DTBx); ***EDCV 09-01674-VAP*** (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Second Amended Complaints are DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: March 26, 2012          _____
                                      VIRGINIA A. PHILLIPS
                                   United States District Judge